William J. Smith, Respondent, v. William A. Seguine, Appellant, Impleaded with John Seguine, Defendant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Filippo Todaro, Appellant, v. Somerville Realty Company, a Domestic Corporation, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Moses Tuscano, Respondent, v. The Astoria Cognac and Liquor Rectifying Company, Appellant.—Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff failed to establish a cause of action either for goods sold and delivered or upon an account stated. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Josephina Vollaro, Respondent, v. Saverio Vollaro, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Howard O. Wood, Respondent, v. Edward R. Hewitt and Mary A. Hewitt, Appellants.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Wilbur B. Wood and Worthington V. Wood, Respondents, v. Charles C. Wise and James M. Goss, Appellants.—Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over upon payment of costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.